# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LEEANNE T. BROWN,
        Appellant,

    v.                                             Case No. 12-CV-00942

LEE WILLIAM LAMEER,
        Appellee.

## DECISION AND ORDER

On May 29, 2012, pro se appellant LeeAnne Brown filed a notice of appeal from an order of the United States Bankruptcy Court for the Eastern District of Wisconsin in bankruptcy case number 10-02592. The following day the bankruptcy court notified her that she is required to pay a $298.00 filing fee for this appeal, and on September 17, 2012, the clerk of this court sent a briefing letter to the parties notifying them that the time limits for briefing set forth in Bankruptcy Rule 8009 would begin to run on that date. Rule 8009 gives an appellant 14 days to file a brief in support of an appeal. Fed. R. Bankr. P. 8009(a)(1). Despite receiving these notices, appellant has not paid the filing fee for this case or filed a brief in support of her appeal.

**THEREFORE, IT IS ORDERED** that appellant has until **April 22, 2013** to pay the $298.00 filing fee required for this appeal and show cause why this case should not be dismissed for failure to timely file a brief in support of the appeal. If appellant fails to take action by this date, the case will be dismissed.

Dated at Milwaukee, Wisconsin, this 2nd day of April 2013.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge

2

Case 2:12-cv-00942-LA   Filed 04/03/13   Page 2 of 2   Document 3