UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**LEEANNE T. BROWN,**
       **Appellant,**

    v.                                                      Case No. 12-CV-00942

**LEE WILLIAM LAMEER,**
       **Appellee.**

---

## ORDER

On May 29, 2012, pro se appellant LeeAnne Brown filed a notice of appeal from an order of the United States Bankruptcy Court for the Eastern District of Wisconsin. The following day the bankruptcy court notified her that she is required to pay a $298.00 filing fee for this appeal, and on September 17, 2012, the clerk of this court sent a briefing letter to the parties notifying them that the time limits for briefing set forth in Bankruptcy Rule 8009 would begin to run on that date. *See* Fed. R. Bankr. P. 8009(a). Despite receiving these notices, appellant did not pay the filing fee or filed a brief in support of her appeal. As a result, I ordered her to pay the filing fee and show cause why her case should not be dismissed for failure to file a timely brief and gave her until April 22, 2013 to comply. Since appellant has still not taken any action in support of her appeal, I will dismiss the case.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 25th day of April 2013.

                                                                    s/ Lynn Adelman
                                                                    _____
                                                                    LYNN ADELMAN
                                                                    District Judge